# Phone Call Log for (502) *** - 5447

|     | Date      | Time     | Caller Number    |
|-----|-----------|----------|------------------|
| 1.  | 11/28/17  | 12:25 pm | (313) 263-1170   |
| 2.  | 11/28/17  | 12:29 pm | (313) 263-1170   |
| 3.  | 11/28/17  | 2:18 pm  | (313) 263-1170   |
| 4.  | 11/28/17  | 3:46 pm  | (313) 263-1170   |
| 5.  | 11/28/17  | 4:48 pm  | (517) 861-2084   |
| 6.  | 11/28/17  | 4:50 pm  | (517) 861-2084   |
| 7.  | 11/29/17  | 8:58 am  | (313) 263-1170   |
| 8.  | 11/29/17  | 11:29 am | (517) 861-2084   |
| 9.  | 11/29/17  | 1:36 pm  | (313) 263-1170   |
| 10. | 11/29/17  | 3:42 pm  | (313) 263-1172   |
| 11. | 11/29/17  | 5:06 pm  | (313) 263-1170   |
| 12. | 11/30/17  | 8:44 am  | (313) 263-1172   |
| 13. | 11/30/17  | 11:44 am | (313) 263-1170   |
| 14. | 11/30/17  | 2:37 pm  | (313) 263-1172   |
| 15. | 11/30/17  | 5:01 pm  | (517) 861-2084   |
| 16. | 12/1/17   | 11:52 am | (313) 263-1170   |
| 17. | 12/1/17   | 1:48 pm  | (313) 263-1170   |
| 18. | 12/1/17   | 7:05 pm  | (313) 263-1172   |
| 19. | 12/2/17   | 8:02 am  | (313) 263-1170   |
| 20. | 12/4/17   | 12:39 pm | (517) 861-2084   |
| 21. | 12/4/17   | 4:19 pm  | (313) 263-1172   |
| 22. | 12/4/17   | 8:32 pm  | (313) 263-1172   |
| 23. | 12/6/17   | 8:44 am  | (313) 263-1170   |
| 24. | 12/6/17   | 11:51 am | (313) 263-1172   |
| 25. | 12/6/17   | 3:08 pm  | (313) 263-1170   |

EXHIBIT "A"