## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

DEMARIO MATTHEWS,

    Plaintiff,                        CASE NO.: 3:18-cv-00066-JHM

-vs-

CREDIT ACCEPTANCE CORPORATION

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, DEMARIO MATTHEWS, by and through his undersigned attorney, and hereby gives Notice to the Court of a Retail Installment Sales Contract ("RISC"), which contains an arbitration provision which governs the matters at issue in this action. Pursuant to that RISC, the parties are to submit to binding non-judicial arbitration upon demand by either party. The parties have agreed to arbitrate this matter, and therefore Plaintiff hereby files this Notice of Voluntary Dismissal without Prejudice, of the above captioned matter.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished via E-Filing on this 19th day of February, 2018, to all parties of record.

/s/ Shaughn C. Hill, Esquire
Shaughn C Hill, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
shill@forthepeople.com
Florida Bar #: 0105998
*Attorney for Plaintiff – Pro Hac Vice Pending*